818

**Tony R. MORELAND, Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

No. 02–16234.

D.C. No. CV–00–01420–MMC.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 10, 2003.

Decided Sept. 29, 2003.

James Hunt Miller, Esq., Oakland, CA, for Plaintiff-Appellant.

Gail Killefer, AUSA, USO–Office of the U.S. Attorney, Oakland, CA, Michael R. Power, Esq., San Francisco, CA, for Defendant–Appellee.

Before SCHROEDER, Chief Judge, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### ORDER *

For the reasons set forth in the district court's Order Denying Motions for Summary Judgment; Granting Motions for Remand, filed April 16, 2002, the judgment of the district court remanding this matter to the Social Security Administration for further administrative proceedings is AF-FIRMED. Each party shall bear his or her own costs on appeal.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.